Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
Ray S. Seilie - State Bar No. 277747
    rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Vartan Tabakian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY PERAINO and VARTAN TABAKIAN,<br><br>    Defendants. | CASE NO. 2:21-cr-00316-GW<br><br>**SUPPLEMENTAL LETTERS IN SUPPORT OF DEFENDANT VARTAN TABAKIAN'S SENTENCING MEMORANDUM**<br><br>Date:   May 11, 2023<br>Time:   8:00 a.m.<br>Crtrm.:  9D<br><br>Assigned to Hon. George H. Wu |

Defendant Vartan Tabakian respectfully submits three additional letters of support, attached as Exhibits 5 through 7,[1] as supplemental exhibits to his Sentencing Memorandum (Dkt. 46).

DATED:  May 9, 2023

Benjamin N. Gluck
Ray S. Seilie
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____
Benjamin N. Gluck
Attorneys for Defendant Vartan Tabakian

---

[1] Mr. Tabakian's original sentencing memorandum attached four letters of support marked Exhibits 1 through 4. For ease of reference, these exhibits continue that numbering sequence.

# EXHIBIT 5

## Character Letter

05/04/2023

Re: Vartan Vasken Tabakian

**Honorable Judge of the District Court:**

My name is Elize Tabakian, loving mother of Vartan. From the moment he was born I knew in my heart that he's going to be a great, kind and caring son who will have a bright future ahead of him. Right from his childhood, he was always helpful, thoughtful and enjoying his fun times with family and friends. His late grandmother and father also knew how amazing and bright grandson/son they have in their lives. Without a doubt, we all knew how lucky and blessed we are to have him in our family.

Back in Egypt, growing up Vartan enjoyed going to scouts, traveling altogether and engaging in activities. I even remember that time when he participated in a bike decorating competition just for fun, and by surprise he won 1st place. The judges liked his project more than the others. We never thought he would win. At school and outside of school (in the Armenian sporting club) he always got along with everyone around him and enjoyed the fun moments. He was and still is a fun and loving person by all his friends. Even during the difficult times of my separation from his father, Vartan still loved both of us no matter what. When we mentioned to Vartan that we were thinking of moving to the United States for his future, he became happy and excited.

Once we moved to Los Angeles, California, Vartan started attending Middle School; he was 14 years old at that time, and then the year after he started High School. While in High School he began to work to help me with life's expenses, because his father had to stop working for health reasons. Since then, Vartan had matured tremendously at an early age and had to take a lot of responsibilities with me so we can support our family. There's not a day in his life that Vartan was ever selfish at all. All he cared about was the wellbeing, safety and comfortable living of his family. He always stood by his family through thick and thin. He was and still is the same with all the friends he has made over the years since we have moved to the United States.

1

After all his life's work and accomplishments, I'm very saddened that Vartan has been placed in this situation, which he never meant to be in. This has been very hard and difficult for me, emotionally and physically, to see my son go through all this, even more so now at my age of 78. He is the "Love" of my life and his family's, and I pray, hope and be grateful, judge, for you to grant that he would have minimum or no sentencing at all.

Thank you for your time and consideration. God Bless.

Sincerely,
Elize Tabakian

*Elize Tabakian*

19821 Falcon Crest Ct
Porter Ranch, CA 91326
818-606-5988

# EXHIBIT 6

## Character Letter

05/06/2023

Re: Vartan Vasken Tabakian

**Honorable Judge of the District Court:**

My name is Harut Kovkasyan and I met Vartan through my work. As a contractor, he had asked me to complete a project for him. Before the economy crash back in 2008, there were a lot of projects in construction. Vartan's project was one of them and it was very hard for me to complete it on time because of overload of work. Most of my customers were impatient and demanding. Unlike Vartan, he was totally understanding of the situation, and never pressured me. His patience and kindness are among the traits that created a good friendship bond between us.

Vartan Tabakian is a person with a big heart, intelligent and thoughtful, also has a great sense of humor. When the economy crash and the projects died down, it was difficult time for everyone. I'm pretty sure it was difficult for Vartan as well, but he would always try to find little projects here and there for me, to try to keep me busy. He always thought to help others before himself. After so many years of knowing him, there is nothing negative that I could talk about this man. There are only positive things to see in him and learn from him.

Thank you for your time and consideration.

Sincerely,
Harut Kovkasyan

818-521-2089

# EXHIBIT 7

# Character Letter

05/06/2023

Re: Vartan Vasken Tabakian

**Honorable Judge of the District Court:**

My name is Lawrence Hormozian, and I would like to share a heartwarming story about my friendship with Vartan, which began in 1992 when we were both in eighth grade. Our school paired us up to show him around because they assumed we were both Armenian due to our last names ending in -ian and our ability to speak Armenian. However, I am not Armenian and speak Farsi and English, while Vartan speaks Armenian, Arabic, and English.

Despite these initial differences, we quickly became close friends, and I am grateful to this day for the friendship we have built over the years. One of my fondest memories is when Vartan learned to drive a manual car on my father's 1991 Ford Escort Wagon. We still laugh about how many times he stalled the car during those early lessons.

Over the years, Vartan has been a constant source of support and encouragement for me. He was present at my wedding in San Diego in 2010, and when I experienced marital problems several years later, he provided me with wise words and positive support to help me through the tough times.

Vartan is a thoughtful and considerate person who goes out of his way to support his friends, despite his reluctance to impose on others. I feel incredibly fortunate to have him in my life, and I know that I can always rely on him as a trusted friend.

Thank you for your time and consideration.

Sincerely,
Lawrence Hormozian

1851 Autman Place
Simi Valley, CA 93065
818-266-9596