# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

(___ Amended ______________________)

Case No. CR 21-316-GW Date May 11, 2023

Present: The Honorable HON. GEORGE H. WU, U.S. DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | Mark Aveis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 2. Vartan Tabakian | ☐ | ✔ | Benjamin Gluck; Ray S. Seilie | ✔ | ☐ | ☐ | N/A |

**PROCEEDINGS: SENTENCING AND JUDGMENT HEARING** ☐ **Contested** ✔ **Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto. ✔ Refer to separate Judgment Order.

___ Imprisonment for Years/months on each of counts ___ Count(s) concurrent/consecutive to count(s) ___

___ Fine of $ ___ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) ___

___ Confined in jail-type institution for ___ to be served on consecutive days/weekends commencing ___

___ years/months Supervised Release/Probation imposed on count(s) ___ consecutive/concurrent to count(s) ___ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform ___ hours of community service.

___ Serve ___ in a CCC/CTC.

___ Pay $ ___ fine amounts & times determined by P/O.

___ Make $ ___ restitution in amounts & times determined by P/O.

___ Participate in a program for treatment of narcotic/alcohol addiction.

___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

___ Other conditions: ___

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

___ Pay $ ___ per count, special assessment to the United States for a total of $ ___

___ Imprisonment for months/years and for a study pursuant to 18 USC ___ with results to be furnished to the Court within days/months whereupon the sentence shall be subject to modification. This matter is set for further hearing on ___

___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

___ Defendant informed of right to appeal.

___ ORDER sentencing transcript for Sentencing Commission. ___ Processed statement of reasons.

___ Bond exonerated ___ upon surrender ___ upon service of ___

___ Execution of sentence is stayed until 12 noon, ___ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Remand/Release # ___

___ Present bond to continue as bond on appeal. ___ Appeal bond set at $ ___

___ Filed and distributed judgment. ENTERED.

___ Other ___

___ : 13

Initials of Deputy Clerk JG

cc: